ORIGINAL

**FILED**

09/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0198

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No. DA 23-0198

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

      Plaintiff, Counter-Defendant and Appellee and Cross-Appellant,

v.

DONALD KNIGHT, GINA M. KNIGHT,
LANDON KNIGHT, and JOHN DOES 1-10,

      Defendants, Counter-Plaintiffs and Appellants.

FILED

SEP 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DONALD KNIGHT and GINA M. KNIGHT

      Third-Party Plaintiffs,

v.

PARK COUNTY, a political subdivision of
the State of Montana, acting by and through its
County Commissioners, Bill Berg, Steve
Caldwell, and Clint Tinsley,
Third-Party Defendants.

GARDINER-PARK COUNTY WATER AND SEWER DISTRICT,

      Third-Party Plaintiff and Cross-Appellant,

v.

STANDISH EXCAVATION, LC,

      Third-Party Defendant.

DONALD KNIGHT, GINA M. KNIGHT, and LANDON KNIGHT,

DA 23-0198
*Order on Unopposed Motion for Extension of Time*

Third-Party Plaintiffs and Appellants,

v.

THOMAS E. STONE, DONALD L. CLARK, VICTOR D. BEERS,

and BRAD A. HARBACH,

Third-Party Defendants and Appellees.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMBINED RESPONSE AND CROSS-APPEAL

The Appellee and Cross-Appellant, Gardiner, Park County Water & Sewer District has moved this Court, pursuant to Mont. R. App. P. 26, for a 30-day extension, from September 21, 2023, up to and including October 23, 2023, in which to file its Combined Response and Cross-Appeal in this matter. The Appellants do not oppose the motion.

IT IS HEREBY ORDERED that Appellee and Cross-Appellant, Gardiner, Park County Water & Sewer District shall have up to and including October 23, 2023, to file its Combined Response and Cross-Appeal.

DATED this 14th day of September, 2023/

Bowen Greenwood